**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| In Re: | Case No. 15-24404-VFP |
| Eleonora Spina | Chapter 13 |
| Debtor. | Judge Vincent F. Papalia |

**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

US Bank Trust National Association, as Trustee of the Igloo Series II Trust ("Creditor"), by and through their undersigned agent, hereby gives notice of Withdrawal of the Notice of Mortgage Payment Change filed 4/9/2019.

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2020, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Ronald I. LeVine, Debtor's Counsel
    ronlevinelawfirm@gmail.com

    Robert Wachtel, Debtor's Counsel
    rwachtel@ronlevinelaw.com

    Marie-Ann Greenberg, Chapter 13 Trustee
    magecf@magtrustee.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on July 28, 2020, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Eleonora Spina, Debtor
    341 Alan Drive
    Paramus, NJ 07652

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com